IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
LIZ SMITH, a/k/a LIZ HOWARD,    *
                                *
     Plaintiff,                 *
                                *
     v.                         *      CV 621-085
                                *
LVNV FUNDING, LLC,              *
                                *
     Defendant.                 *
                                *
```

### O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 16.) Both Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of July, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA